1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

      Respondent/Plaintiff

v.

Daniel Carrion,

      Petitioner/Defendant

**2:03-cr-00030-JAD-RJJ**

**Order Directing Response**

Daniel Carrion has filed a 28 USC § 2255 motion to vacate his sentence in light of the United States Supreme Court's decision in *Johnson v. United States*, and requests that his case be set for de novo sentencing.[1]  I have screened Carrion's motion, find that this court has jurisdiction,[2] and that Carrion's motion may be meritorious.  Accordingly,

IT IS HEREBY ORDERED that **the government must file any response to Carrion's motion by June 16, 2016.  Carrion will have 10 days from service of the government's response to file a reply.**

Dated this 16th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 72.

[2] *United States v. Buenrostro*, 638 F.3d 720, 725 (9th Cir. 2011) (per curiam) (holding that a prisoner may file a second-in-time petition raising claims that became ripe for adjudication after conclusion of first habeas proceeding).  Carrion's motion is centered on *Johnson*, and Carrion's due-process *Johnson* claim was not available when he filed his first habeas petition in 2006.  Accordingly, Carrion's motion is not a "second or successive" petition requiring certification by the Ninth Circuit.