RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Daniel Carrion

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-00030-JAD-RJJ-1 |
| Respondent/Plaintiff, | **STIPULATION TO EXTEND THE REPLY DEADLINE** |
| v. | |
| DANIEL CARRION, | (First Request) |
| Petitioner/Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elizabeth Olson White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Daniel Carrion ("Mr. Carrion"), submit the following Stipulation to extend the due date for defendant's Reply to Government's Response in Opposition to Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 to December 30, 2016.

This Stipulation is entered into for the following reasons:

1.    On April 15, 2016, Mr. Carrion filed a Motion to Vacate under 28 U.S.C. § 2255 ("Motion to Vacate"). ECF No. 72. On December 8, 2016, this Court ordered the government

to file a response to the Motion to Vacate by December 19, 2016.   ECF No. 80.   On December 19, 2016, the government filed its Opposition to Mr. Carrion's Motion to Vacate. ECF No. 81.

2.    The Court ordered a Reply deadline of December 26, 2016.  *See* ECF No. 80. In addition to Mr. Carrion's Reply deadline, undersigned counsel is also working on over 40 other cases in which supplemental Motions to Vacate related to *Johnson v. United State*s, 135 S. Ct. 2551 (2015) are also due on December 26, 2016.  Consequently, counsel for Mr. Carrion requests additional time to review, research, and prepare Mr. Carrion's Reply to the government's Opposition.  For that reason, the parties agree to a four (4) day continuance from December 26, 2016, to December 30, 3016 for Mr. Carrion to file his Reply.

DATED this 20th day of December, 2016.

RENE L. VALLADARES
Federal Public Defender

DANIEL G. BOGDEN
United States Attorney


*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Elizabeth Olson White*
By_____
ELIZABETH OLSON WHITE
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-00030-JAD-RJJ-1 |
|       Respondent/Plaintiff, | **<u>ORDER</u>** |
| v. | |
| DANIEL CARRION, | |
|       Petitioner/Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Reply deadline is December 30, 2016.

DATED this 20th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

3