**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent/Plaintiff,<br><br>v.<br><br>DANIEL CARRION,<br><br>        Petitioner/Defendant. | Case No. 2:03-cr-00030-JAD-RJJ-1<br><br>**ORDER REVISING SUPERVISED RELEASE TERM**<br><br>[ECF No. 89] |

    Based on the Stipulation of counsel [ECF No. 89] and good cause appearing,

    IT IS THEREFORE ORDERED that Mr. Carrion's supervised release term is amended to a term of 3 years.

    DATED this 22nd of February, 2017.

                                _____
                                UNITED STATES DISTRICT JUDGE